942 A.2d 894

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Edward BORZELLECA, Respondent.**

Supreme Court of Pennsylvania.

Feb. 14, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of February, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the Superior Court misapplied the unambiguous language of the 2002 amendment to the compulsory joinder rule, 18 Pa.C.S.A. § 110, that limited the rule by requiring joinder of only crimes that "occurred within the same judicial district" as a former prosecution, an amendment that this Court has not yet authoritatively interpreted?

Petitioner's Application to File Amended Petition for Allowance of Appeal is **DENIED.**